IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20074
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MIGUEL ANTONIO RUIZ-LOPEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-565-1
--------------------
September 5, 2001

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Miguel Antonio Ruiz-Lopez (Ruiz) has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Ruiz has received a copy of counsel's motion and brief. Ruiz, who pleaded guilty to violating 8 U.S.C. § 1326, has responded to counsel's motion challenging his conviction and sentence on several grounds.

Our independent review of the brief, Ruiz's response, and the record discloses no nonfrivolous issue for appeal. Accordingly,

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. <u>See</u> 5TH CIR. R. 42.2.